8863. PRICE *v.* RIMES BROTHERS INCORPORATED.

BLOODWORTH, J. 1. The grounds of the amendment to the motion for a new trial are without merit.

2. Where in a suit on an open account the allegation in the petition and the total of the bill of particulars showed an indebtedness of $85.11, and after verdict it was discovered that the items of the account, when correctly added, made only $84.11, the judge did not err in allowing the plaintiff to write off from the verdict the amount of $1.

3. There was some evidence to support the verdict; and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Toole* v. *Jones*, 19 *Ga. App.* 24 (90 S. E. 732); *McCarty* v. *Keys*, 19 *Ga. App.* 494 (91 S. E. 875).

*Judgment affirmed. Broyles, P. J., and Harwell, J., concur.*

DECIDED JANUARY 21, 1918.

Complaint; from city court of Hinesville—Judge W. C. Hodges. May 5, 1917.

*Melville Price,* for plaintiff in error. *O. C. Darsey,* contra.